IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs                                                              CR NO. 1:04-10061-02-T

RICKY PICKARD

### AMENDED ORDER ON CHANGE OF PLEA

This cause came on to be heard on February 25, 2005, Assistant U. S. Attorney, Jerry Kitchen, appearing for the government, and the defendant appeared in person and with counsel, M. Dianne Smothers, who was appointed..

With leave of the Court, the defendant withdrew the Not Guilty Plea heretofore entered and entered a plea of GUILTY as charged in Counts 1S of the Superceding Indictment.

This case has been set for sentencing on **Tuesday, May 24, 2005, at 8:30 A.M.**

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 14 June 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6/15/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 177 in case 1:04-CR-10061 was distributed by fax, mail, or direct printing on June 15, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT