IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                            Case No. 1:04-10061-02-T

RICKY PICKARD,

    Defendant.

### ORDER OF CLARIFICATION

On June 15, 2005, an Amended Order on Change of Plea was entered as to the above referenced defendant. However, the wording of that order did not properly reflect that the intent of the amendment was to correctly reflect that the defendant's change of plea entered on February 25, 2005 was in reference to Count 1 of the *superseding* indictment. The remaining information contained in the amended order was reflective of the sentencing date which was in effect at the time of the original change of plea order dated February 28, 2005 and not reflective of the current status of the case.

SO ORDERED THIS THE 20th DAY OF JUNE, 2005.

                                                        JAMES D. TODD
                                                       UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 179 in case 1:04-CR-10061 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT